# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BERYL HARTER,

           Plaintiff,

vs.

CPS SECURITY (USA), INC., et al.,

           Defendants.

Case No. 2:12-cv-00084-RCJ-PAL

**ORDER**

      Pursuant to the direction of Chief Judge Robert C. Jones that trial be set on the trial stack closest to 120 days after the close of discovery which is currently scheduled for November 2, 2012,

      **IT IS ORDERED** that the trial date in this matter is set for **March 12, 2013 at 8:30 a.m.**, with calendar call on **March 1, 2013, at 8:30 a.m.**, before Judge Robert C. Jones, at a location to be given at a later date.

      Dated this 9th day of May, 2012.

                                                      Peggy A. Leen
                                                    United States Magistrate Judge