**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BERYL HARTER, | |
|                  Plaintiff, | Case No. 2:12-cv-00084-MMD-PAL |
| vs. | **ORDER** |
| CPS SECURITY (USA), INC., et al., | |
|                  Defendants. | |

The court conducted a dispute resolution conference on October 2, 2012, at the request of the parties. Leon Greenberg appeared on behalf of the Plaintiff, and Carol Zucker and Timothy Roehrs appeared on behalf of the Defendants.

The parties have substantially agreed about issues related to Plaintiff's Motion to Circulate Notice of Pendency (Dkt. #16) following the hearing conducted on the motion on September 4, 2012. The parties requested, and received, an extension of time to attempt to resolve their remaining disputes without the court's intervention. On September 21, 2012, the parties requested a conference to resolve their remaining disputes.

Having reviewed and considered the Joint Status Report (Dkt. #40) and the arguments of counsel at the hearing,

**IT IS ORDERED** that:

1. Plaintiff's Motion for Circulation of Notice of Pendency of this Action Pursuant to 29 U.S.C. § 216(b) and for Other Relief (Dkt. #16) is **GRANTED in part** and **DENIED in part** as follows:

    a. Notice of pendency of this action shall be provided in the form attached as Exhibit 1 to the parties' Joint Notice (Dkt. #40);

    b. Counsel for Plaintiff shall have until **Friday, October 5, 2012**, to circulate notice;

    c. The notice shall issue to trailer guards who performed work after September 1, 2009;

    d. The notice will circulate for a period of sixty days.

2. The depositions of Defendants' Vice President of Human Resources, Mr. Barnes, and President, Mr. Coffee, shall be taken in Manhattan Beach, California, at the location site arranged by counsel for Defendants, at no cost to Plaintiff, as described in court.

Dated this 2nd day of October, 2012.

_____
Peggy A. Leen
United States Magistrate Judge