UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BERYL HARTER, *et al.*,<br><br>                  Plaintiffs,<br>    v.<br>CPS SECURITY (USA) INC., *et al.*,<br><br>                  Defendants. | Case No. 2:12-cv-00084-MMD-PAL<br><br>ORDER<br><br>(Motion for Settlement Conference – dkt. no. 78)<br>(Motion to Consolidate Settlement Conferences – dkt. no. 79) |

Defendants move under LR 16-5 for this matter to be referred to Magistrate Judge Peggy Leen for a settlement conference. (Dkt. no. 78.) Defendants further move for the Court to consolidate the settlement conference in this case with the settlement conference in a related case, *Tallman et al. v. CPA Security (USA), Inc., et al.*, No. 2:09-cv-00944-PMP-PAL, scheduled to occur on June 26, 2013, at 1:30 PM.

Defendants inform the Court that this case and *Tallman* involve common questions of fact and law, and that the plaintiffs in both cases are represented by the same law firm. Federal Rule of Civil Procedure 42 allows courts to consolidate cases involving common questions of law or fact for all or part of the proceedings. The Court agrees with Defendants that consolidation for the purposes of the June 26, 2013, settlement conference is appropriate.

IT IS HEREBY ORDERED that dkt. nos. 78 and 79 are GRANTED. This case is set for a consolidated settlement conference, along with Case No. 2:09-cv-00944-PMP-PAL, on June 26, 2013, at 1:30 PM.

ENTERED THIS 19th day of March 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE