AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF       Nevada

Beryl Harter

                    Plaintiff,

V.

CPS Security (USA), Inc. et al.,

                    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:12-cv-00084-MMD-PAL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

Plaintiff Philip Farugia shall recover from Defendants, judgment in the amount of $1,230.00, inclusive of all costs and attorneys fees.

| | |
|---|---|
| July 29, 2013 | /s/ Lance S. Wilson |
| Date | Clerk |
| | /s/ Summer Rivera |
| | (By) Deputy Clerk |