✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF      Nevada

Beryl Harter

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

V.

CPS Security (USA), Inc. et al.,

Case Number: 2:12-cv-00084-MMD-PAL

Defendants.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and  a decision has been rendered.

☒ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

  IT IS ORDERED AND ADJUDGED

Plaintiff Philip Farugia shall recover from Defendants, judgment in the amount of $1,230.00, inclusive of all costs and attorneys fees.

July 29, 2013

/s/ Lance S. Wilson

Date

Clerk

/s/ Summer Rivera

(By) Deputy Clerk